AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Richard Rogers | ) ) ) ) ) ) ) | Case No. 18-cr-40026-TSH |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard Rogers

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Tax Evasion in violation of Title 26 United States Code Section 7201.

Date: 06/14/2018

_____
Issuing officer's signature

City and state: Worcester, Massachusetts

Lisa Belpedio, Deputy Clerk
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

IRS
6/15/18

_____
Arresting officer's signature

_____
Printed name and title